# United States District Court

WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
v.
JOHN B. YANCEY

## WARRANT FOR ARREST

CASE NUMBER: 07-CR-003

To: The United States Marshal
and any Authorized United States Officer

FILED
FEB 5 2010
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

YOU ARE HEREBY COMMANDED to arrest   JOHN B. YANCEY
                                       Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment   ( ) Information   ( ) Complaint   ( ) Order of Court   ( ) Violation Notice   ( ) Probation Violation Petition

charging him with   (brief description of offense)

after having been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess a firearm, which was previously transported in interstate commerce,

in violation of Title   18  , United States Code, Section(s)  922(g)(1) .

Hon. Hugh B. Scott
Name of Issuing Officer

U.S. Magistrate Judge, WDNY
Title of Issuing Officer

[signature]
Signature of Issuing Officer

January 9 2007, at Buffalo, NY
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 01.10.07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 01.29.07 | Sandra A. Olden | [signature] |